Joseph H. Gay, Jr., Assistant U.S. At-
torney, U.S. Attorney's Office Western
District of Texas, San Antonio, TX, for
Plaintiff–Appellee.

Timothy Andrew Hootman, Houston,
TX, for Defendant–Appellant.

Before JONES, Chief Judge, and
DENNIS and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent
Maria Guadalupe Espinoza–Cruz has
moved for leave to withdraw and has filed
a brief in accordance with *Anders v. Cali-
fornia*, 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967). Espinoza–Cruz has
not filed a response in English as instruct-
ed. Our independent review of the record
and counsel's brief discloses no nonfrivo-
lous issue for appeal. Accordingly, coun-
sel's motion for leave to withdraw is
GRANTED, counsel is excused from fur-

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

ther responsibilities herein, and the AP-
PEAL IS DISMISSED. *See* 5TH CIR. R.
42.2.

UNITED STATES of America,
Plaintiff–Appellee.

v.

Jose de Jesus MARES–CERRILLO,
Defendant–Appellant.

No. 08–41067
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

May 13, 2009.

James Lee Turner, Assistant U.S. Attor-
ney, U.S. Attorney's Office Southern Dis-
trict of Texas, Houston, TX, for Plaintiff–
Appellee.

Marjorie A. Meyers, Public Defender
Federal Public Defender's Office Southern
District of Texas, Houston, TX, for Defen-
dant–Appellant.

Before JOLLY, BENAVIDES, and
HAYNES, Circuit Judges.

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

PER CURIAM: *

The Federal Public Defender appointed to represent Jose de Jesus Mares–Cerrillo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Mares–Cerrillo has not filed a response. Our independent review of the record and counsel's brief discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

